**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 2:23-cv-942 |
| | : | |
| vs. | : | JUDGE GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.*, | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

Please take notice that on Thursday, February 1, 2024, starting at 10:00 a.m., counsel for Plaintiff Traci Shaw will take the discovery deposition of Mr. Stephen Zenner at the office of Isaac Wiles, 2 Miranova Place #700, Columbus, Ohio 43215.

This discovery deposition shall be taken before a notary public authorized to administer an oath in the State of Ohio for the purposes of discovery and use at trial. This discovery deposition shall continue from time to time and place to place until completed.

Respectfully submitted,

 /s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
**DAVID A. GOLDSTEIN CO., L.P.A.**
511 S. High Street, Suite 200
Columbus, Ohio 43215
T: (614) 222-1889
F: (614) 222-1899
dgoldstein@dgoldsteinlaw.com
*Attorney for Plaintiff Traci Shaw*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document has been sent by electronic mail this 17th day of January 2024 to **Molly Gwin, Esq., Michael Loughry, Esq., Charles Schneider, Esq.,** Attorneys for Defendants.

                                    */s/ David A. Goldstein*_____
                                      **DAVID A. GOLDSTEIN (0064461)**
                                      *Attorney for Plaintiff Traci Shaw*