# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 2:23-cv-942 |
| | : | |
| vs. | : | JUDGE GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.*, | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| Defendants. | : | |

## NOTICE OF PROOF OF SERVICE

**PLEASE TAKE NOTICE** that on February 29, 2024, Plaintiff successfully served its subpoena upon Mr. Stephen Zenner, via Lucas County Sheriff Service. A copy of the Proof of Service is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
**DAVID A. GOLDSTEIN CO., L.P.A.**
511 S. High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899 (Fax)
dgoldstein@dgoldsteinlaw.com
Attorney for Plaintiff Traci Shaw

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been sent by electronic mail this 6th day of March 2024 to **Molly Gwin, Esq., Michael Loughry, Esq., Charles Schneider, Esq.,** Attorneys for Defendants.

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
*Attorney for Plaintiff Traci Shaw*




# Lucas County Sheriff's Office
## Sheriff's Return

Date Issued: **02/28/2024**
Service: **SUBPOENA**
Service #: **144894**
Case #: **2:23-CV-942**
Judge: **N/A**
Person Served: **STEPHEN ZENNER**
                **541 N SUPERIOR STREET**
                **TOLEDO, OH 43604**

Process Service Results:
    **02/29/2024 - RESIDENTIAL SERVICE  Deputy(s):ALAN GASTON**
    **COMMENTS: LEFT PAPERS WITH THE CLERK.**

Details:
    **02/29/2024 - MILEAGE COSTS FOR ZONE A......$2.00**
    **02/29/2024 - RESIDENTIAL SERVICE**
    **02/28/2024 - SUBPOENA RECEIVED......$10.00**

Total Costs for Service:  **$12.00**
Total Paid for Service:  **$0.00**
Balance:  **$12.00**

*[Stamp: A TRUE COPY / SEAL / MICHAEL J. NAVARRE, SHERIFF / By VC Deputy]*

MICHAEL J NAVARRE
SHERIFF

V. C.
DEPUTY SHERIFF

Remit payment to:  SHERIFF OF LUCAS COUNTY
                       CIVIL DIVISION - COURTHOUSE
                       700 ADAMS STREET
SHFN208            TOLEDO, OH 43604-5330

**EXHIBIT 1**