IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**TRACI SHAW,**

    **Plaintiff,**

v.

    Case No. 2:23-cv-942

    Judge James L. Graham

    Magistrate Judge Elizabeth P. Deavers

**RICHARD WOZNIAK,** *et al.*,

    **Defendants.**

## ORDER

For good cause shown, the joint motion to extend certain case management deadlines (ECF No. 35) is **GRANTED**, in part, as follows.  The Preliminary Pretrial Order dated April 27, 2023 (ECF No. 8) is **MODIFIED** as follows:

DISCOVERY PROCEDURES

All discovery shall be completed by **JUNE 14, 2024**. For purposes of complying with this order, all parties shall schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and shall file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so. *If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.*

DISPOSITIVE MOTIONS

Any dispositive motion shall be filed by **JULY 12, 2024**.

The Undersigned declines to address the parties' request relating to a revised trial date, leaving that issue to be addressed separately by the assigned District Judge.

**IT IS SO ORDERED**.

**DATED: April 2, 2024**             /s/ *Elizabeth A. Preston Deavers*
                                     **ELIZABETH A. PRESTON DEAVERS**
                                     **UNITED STATES MAGISTRATE JUDGE**