**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-CV-00942 |
| | : | |
| v. | : | JUDGE JAMES L. GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.* | : | MAG. JUDGE ELIZABETH P. DEAVERS |
| | : | |
| Defendants. | : | |

**NOTICE OF DEPOSITION**

Defendants Richard Wozniak and City of Columbus, hereby give notice that they will take the Deposition of Attorney Mark Collins, on Thursday, April 25, 2024, at 2:30 p.m. at the office of Isaac Wiles & Burkholder, LLC, Two Miranova Place, Suite 700, Columbus, Ohio 43215. Said deposition will be taken upon oral examination in the presence of a Court Reporter and Notary Public, authorized by law to administer oaths and will continue from day to day until completed.

Respectfully submitted,

*/s/ Alexis R. Pannell*
Molly R. Gwin (0088189)
Michael S. Loughry (0073656)
Charles Schneider (0005821)
Alexis R. Pannell  (0102946)
Isaac, Wiles & Burkholder, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: 614-221-2121/ Fax: 614-365-9516
mgwin@isaacwiles.com
mloughry@isaacwiles.com
cschneider@isaacwiles.com
apannell@isaacwiles.com
*Attorney for Defendants Richard Wozniak and City of Columbus*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 8, 2024, a copy of the foregoing was provided electronically to Plaintiff's counsel at the following address:

**DAVID A. GOLDSTEIN**
DAVID A. GOLDSTEIN CO., L.P.A.
511 S. High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889 / (614) 222-1899(Fax)
dgoldstein@dgoldsteinlaw.com

**KAITLYN C. STEPHENS**
COLLINS & STEPHENS CO., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100 / (614) 413-3902(Fax)
kaitlyn@mcollinslaw.com

*Attorneys for Traci Shaw*

                                                  */s/ Alexis R. Pannell*
                                                  Alexis R. Pannell   (0102946)