# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| Plaintiff, | : | CASE NO.: 2:23-cv-942 |
| vs. | : | JUDGE GRAHAM |
| RICHARD WOZNIAK, *et al.*, | : | MAGISTRATE JUDGE DEAVERS |
| Defendants. | : | |

## NOTICE OF PROOF OF SERVICE

**PLEASE TAKE NOTICE** that on April 15, 2024, Plaintiff successfully served its subpoena upon Mr. Willard McIntosh, via electronic mail. A copy of the Proof of Service is attached hereto and incorporated herein as Exhibit 1. All counsel of record were simultaneously served unredacted copies of the same.

Respectfully submitted,

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
**DAVID A. GOLDSTEIN CO., L.P.A.**
511 S. High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899(Fax)
dgoldstein@dgoldsteinlaw.com
*Attorney for Plaintiff Traci Shaw*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been sent by electronic mail this 19th day of April 2024 to **Molly Gwin, Esq., Michael Loughry, Esq., Charles Schneider, Esq.,** Attorneys for Defendants.

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
*Attorney for Plaintiff Traci Shaw*

Civil Action No. 2:23-cv-942

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mr. Willard McIntosh
on *(date)* April 11, 2024

☒ I served the subpoena by delivering a copy to the named individual as follows: via electronic mail, receipt confirmed to
on *(date)* 4/15/24 ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ ———

My fees are $ ———  for travel and $ ———  for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/19/24

*Dominique Zudrock*
Server's signature

Dominique Zudrock, Esq.
Printed name and title

511 S. High St, Suite 200, Columbus, OH 43215
Server's address

Additional information regarding attempted service, etc.:

**EXHIBIT 1**