# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-CV-00942 |
| | : | |
| v. | : | JUDGE JAMES L. GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.* | : | MAG. JUDGE ELIZABETH P. DEAVERS |
| | : | |
| Defendants. | : | |

## NOTICE TO WITHDRAW NOTICE OF DEPOSITION

Defendants Richard Wozniak and City of Columbus, hereby withdraw the Notice of Dpeosition of "Jim" Scanlon, as it was inadvertently filed under the wrong case and matter.

Respectfully submitted,

*/s/ Molly R. Gwin*
Molly R. Gwin (0088189)
Michael S. Loughry (0073656)
Charles Schneider (0005821)
Alexis R. Pannell (0102946)
ISAAC, WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: 614-221-2121/ Fax: 614-365-9516
mgwin@isaacwiles.com
mloughry@isaacwiles.com
cschneider@isaacwiles.com
apannell@isaacwiles.com
*Attorney for Defendants Richard Wozniak and City of Columbus*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 29, 2024, a copy of the foregoing was provided electronically to Plaintiff's counsel at the following address:

**DAVID A. GOLDSTEIN**
DAVID A. GOLDSTEIN CO., L.P.A.
511 S. High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889 / (614) 222-1899(Fax)
dgoldstein@dgoldsteinlaw.com

**KAITLYN C. STEPHENS**
COLLINS & STEPHENS CO., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100 / (614) 413-3902(Fax)
kaitlyn@mcollinslaw.com

*Attorneys for Traci Shaw*

              */s/ Molly R. Gwin*
              Molly R. Gwin (0088189)