# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 2:23-cv-942 |
| | : | |
| vs. | : | JUDGE GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.*, | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| Defendants. | : | |

## NOTICE OF PROOF OF SERVICE

**PLEASE TAKE NOTICE** that on May 3, 2024, Plaintiff successfully served its subpoena upon Mr. Jeronimo Rodriguez, via electronic mail to counsel for Defendants, Molly R. Gwin, at mgwin@isaacwiles.com. A copy of the Proof of Service is attached hereto and incorporated herein as Exhibit 1.

Respectfully submitted,

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
**DAVID A. GOLDSTEIN CO., L.P.A.**
511 S. High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889
(614) 222-1899(Fax)
dgoldstein@dgoldsteinlaw.com
Attorney for Plaintiff Traci Shaw

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document has been sent by electronic mail this 3rd day of May 2024 to **Molly Gwin, Esq., Michael Loughry, Esq., Charles Schneider, Esq.,** Attorneys for Defendants.

/s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
*Attorney for Plaintiff Traci Shaw*

Case: 2:23-cv-00942-JLG-EPD Doc #: 49 Filed: 05/03/24 Page: 3 of 3 PAGEID #: 217

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Mr. Jeronimo Rodriguez
on *(date)* 05/02/2024 .

☑ I served the subpoena by delivering a copy to the named person as follows: Counsel for Defendants, Molly R. Gwin, Esq., on May 3, 2024, via electronic mail at mgwin@isaacwiles.com

on *(date)* ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/03/2024

*Server's signature*

Dominique A. Zordich, Esq.
*Printed name and title*

511 S High Street, Suite 200
Columbus, Ohio 43215

*Server's address*

Additional information regarding attempted service, etc.:

**EXHIBIT 1**