**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:23-CV-00942 |
| | : | |
| v. | : | JUDGE JAMES L. GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.* | : | MAG. JUDGE ELIZABETH P. DEAVERS |
| | : | |
| Defendants. | : | |

## AMENDED NOTICE OF DEPOSITION

Defendants Richard Wozniak and City of Columbus, hereby give notice that they will take the Deposition of John Burke, on Wednesday, June 12, 2024, at 12:00 p.m. at the office of Burke Rosen & Associates, 2800 Euclid Ave., Suite 300, Cleveland, Ohio 44115. Said deposition will be taken upon oral examination in the presence of a Court Reporter and Notary Public, authorized by law to administer oaths and will continue from day to day until completed.

Respectfully submitted,

*/s/ Molly R. Gwin*
Molly R. Gwin (0088189)
Michael S. Loughry (0073656)
Charles Schneider (0005821)
Alexis R. Pannell  (0102946)
ISAAC, WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: 614-221-2121/ Fax: 614-365-9516
mgwin@isaacwiles.com
mloughry@isaacwiles.com
cschneider@isaacwiles.com
apannell@isaacwiles.com
*Attorney for Defendants Richard Wozniak and City of Columbus*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically this 23rd day of May, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

A courtesy copy of the foregoing was provided electronically to Plaintiff's counsel at the following address:

**DAVID A. GOLDSTEIN**
DAVID A. GOLDSTEIN CO., L.P.A.
511 S. High Street, Suite 200
Columbus, Ohio 43215
(614) 222-1889 / (614) 222-1899(Fax)
dgoldstein@dgoldsteinlaw.com

**KAITLYN C. STEPHENS**
COLLINS & STEPHENS CO., LPA
150 E. Mound St., Suite 308
Columbus, Ohio 43215
(614) 443-3100 / (614) 413-3902(Fax)
kaitlyn@mcollinslaw.com

*Attorneys for Traci Shaw*

*/s/ Molly R. Gwin*
Molly R. Gwin (0088189)