## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TRACI SHAW, | : | |
| | : | |
| Plaintiff, | : | CASE NO.: 2:23-cv-942 |
| | : | |
| vs. | : | JUDGE GRAHAM |
| | : | |
| RICHARD WOZNIAK, *et al.*, | : | MAGISTRATE JUDGE DEAVERS |
| | : | |
| Defendants. | : | |

## NOTICE OF DEPOSITION

Please take notice that on Thursday, June 20, 2024, starting at 12:00 p.m., counsel for Plaintiff Traci Shaw will take the discovery deposition of Jeronimo Rodriguez at the office of Southern Reporting Company, 747 South Ridgewood Avenue, Suite 107, Daytona Beach, Florida 32114.

This discovery deposition shall be taken before a notary public authorized to administer an oath in the State of Florida for the purposes of discovery and use at trial. This discovery deposition shall continue from time to time and place to place until completed.

Respectfully submitted,

 /s/ David A. Goldstein
**DAVID A. GOLDSTEIN (0064461)**
**DAVID A. GOLDSTEIN CO., L.P.A.**
511 S. High Street, Suite 200
Columbus, Ohio 43215
T: (614) 222-1889
F: (614) 222-1899
dgoldstein@dgoldsteinlaw.com
*Attorney for Plaintiff Traci Shaw*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been sent by electronic mail this 11th day of June, 2024 to **Molly Gwin, Esq., Michael Loughry, Esq., Charles Schneider, Esq.,** Attorneys for Defendants.

                                                                        */s/ David A. Goldstein*_____
                                                                        **DAVID A. GOLDSTEIN (0064461)**
                                                                        *Attorney for Plaintiff Traci Shaw*