# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| TRACI SHAW, | ] |
| Plaintiff, | ] Case No. 2:23-cv-942 |
| -vs- | ] **Judge James L. Graham** |
| RICHARD WOZNIAK, *et al.*, | ] **Magistrate Judge Elizabeth P. Deavers** |
| Defendants. | ] |

**DEFENDANTS' MOTION FOR LEAVE TO FILE VIDEO EXHIBITS BY HAND**

**NOW COMES** Defendants, Richard Wozniak and the City of Columbus, by and through counsel, and moves this Court for leave to file by hand, the audio and video exhibits referenced in the depositions filed previously on July 5, 2024, as the ECF system does not allow for the filing of audio or video files.  A proposed Order is attached.

The audio and video exhibits referenced include:

Video Exhibit 10 – Traci Shaw Deposition;

Video Exhibits C and H – Kathleen Garber Deposition; and

Video Exhibits C, D, E, F, G, H and I – Richard Wozniak Deposition.

Video Exhibits to the Affidavit of Richard Wozniak.

                                      Respectfully submitted,

                                      */s/ Molly R. Gwin*
                                      Molly R. Gwin (0088189)
                                      Michael S. Loughry (0073656)
                                      Charles Schneider (0005821)
                                      Alexis R. Pannell (0102946)
                                      Isaac, Wiles & Burkholder, LLC
                                      Two Miranova Place, Suite 700
                                      Columbus, Ohio 43215
                                      Phone: 614-221-2121/ Fax: 614-365-9516
                                      mgwin@isaacwiles.com
                                      mloughry@isaacwiles.com

           cschneider@isaacwiles.com
           apannell@isaacwiles.com
           *Attorney for Defendants Richard Wozniak and City of Columbus*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true copy of the foregoing was filed electronically this 8th day of July, 2024. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

           */s/ Molly R. Gwin*
           Molly R. Gwin (0088189)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TRACI SHAW,  ]
 ]
        Plaintiff,  ]
 ]    Case No. 2:23-cv-942
-vs-  ]
 ]    **Judge James L. Graham**
 ]    **Magistrate Judge Elizabeth P. Deavers**
RICHARD WOZNIAK, *et al.,*  ]
 ]
        Defendants.  ]

## ORDER GRANTING DEFENDANTS' RICHARD WOZNIAK AND THE CITY OF COLUMBUS' MOTION TO FILE AUDIO AND VIDEO RECORDINGS REFERENCED IN DEPOSITION AND AFFIDAVIT BY HAND

Upon the Motion of Defendants Richard Wozniak and the City of Columbus and for the good cause shown, it is therefore ordered, adjudged and decreed that the Defendants are permitted to file audio and video copies of the recordings at issue by hand rather than over the CM/ECF system. The Defendants shall deliver copies of the recordings on a flash drive to the Clerk of Court's Office.

**IT IS SO ORDERED.**

                                **ELIZABETH P. DEAVERS**
                                **UNITED STATES MAGISTRATE JUDGE**

**Approved by:**

*s/Molly R. Gwin*
Molly R. Gwin (0088189)
ISAAC, WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: 614-221-2121/ Fax: 614-365-9516
mgwin@isaacwiles.com
*Attorney for Defendants Richard Wozniak and City of Columbus*

4888-6246-5487.1