# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

TRACI SHAW,

        Plaintiff,

-vs-

RICHARD WOZNIAK, *et al.,*

        Defendants.

Case No. 2:23-cv-942

**Judge James L. Graham**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER GRANTING DEFENDANTS' RICHARD WOZNIAK AND THE CITY OF COLUMBUS' MOTION TO FILE AUDIO AND VIDEO RECORDINGS REFERENCED IN DEPOSITION AND AFFIDAVIT BY HAND

Upon the Motion of Defendants Richard Wozniak and the City of Columbus and for the good cause shown, it is therefore ordered, adjudged and decreed that the Defendants are permitted to file audio and video copies of the recordings at issue by hand rather than over the CM/ECF system. The Defendants shall deliver copies of the recordings on a flash drive to the Clerk of Court's Office.

**IT IS SO ORDERED.**

      s/ *Elizabeth A. Preston Deavers*
      **ELIZABETH P. DEAVERS**
      **UNITED STATES MAGISTRATE JUDGE**

**Approved by:**

*s/Molly R. Gwin*
Molly R. Gwin (0088189)
ISAAC, WILES & BURKHOLDER, LLC
Two Miranova Place, Suite 700
Columbus, Ohio 43215
Phone: 614-221-2121/ Fax: 614-365-9516
mgwin@isaacwiles.com
*Attorney for Defendants Richard Wozniak and City of Columbus*

4888-6246-5487.1